ESTATE of J. B. WEIL, Deceased, et al., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of J. B. WEIL, Deceased, et al.

Nos. 9732, 9733.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1944.

Writ of Certiorari Denied Jan. 2, 1945.

See 65 S.Ct. 434.

Hirsch, Smith, Kilpatrick, Clay & Cody, of Atlanta, Ga., for estate of J. B. Weil et al.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Claude R. Marshall, J. Louis Monarch, and Bernard Chertcoff, all of Washington, D. C., for Commissioner.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

These cases came on to be heard upon the record and briefs and oral argument of counsel; and no reversible error appearing in the record, it is ordered that the decision of the Tax Court of the United States be, and it hereby is, affirmed, for the reasons stated in its memorandum findings of fact and opinion. Pacific National Bank v. Eaton, 141 U.S. 227, 11 S.Ct. 984, 35 L.Ed. 702; Drug, Inc., v. Hunt, 35 Del. 339, 5 W. W. Harr. 339, 168 A. 87; Helvering v. Clifford, 309 U.S. 331, 60 S.Ct. 554, 84 L. Ed. 788; Helvering v. Horst, 311 U.S. 112, 61 S.Ct. 144, 85 L.Ed. 75, 131 A.L.R. 655; Dobson v. Commissioner, 320 U.S. 489, 64 S.Ct. 239.

Woodfin Vance WATERS, Appellant, v. UNITED STATES of America, Appellee.

No. 5255.

Circuit Court of Appeals, Fourth Circuit.

Oct. 16, 1944.

D. W. Galloway, of Spartanburg, S. C., for appellant.

Oscar H. Doyle, U. S. Atty., of Anderson, S. C. (Wendell M. Walters, Asst. U. S. Atty., of Anderson, S. C., on the brief), for appellee.

Before PARKER, SOPER, and NORTHCOTT, Circuit Judges.

PER CURIAM.

Appellant was convicted with others of the crime of illicit distilling; and the sole question presented by the appeal is whether there was sufficient evidence of guilt on his part to take the case to the jury. For reasons adequately set forth in the opinion of the District Judge denying appellant's motion for a new trial, we think that the evidence was sufficient.

Affirmed.